**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| VS. : | CIVIL ACTION FILE |
| : | NO. 1:06-CR-14 (WLS) |
| **ANTHONY EUGENE REYNOLDS,** : | |
| Defendant. : | |

**ORDER MODIFYING BOND**

At his Initial Appearance on July 26, 2006, bond was set for this defendant in the sum of TEN THOUSAND AND NO/100 DOLLARS to be secured by a cash deposit of TEN PERCENT of that amount ($1,000.00). Defendant was ordered released from custody and was given until the date of his arraignment, August 16, 2006, to post the required security. Defendant appeared as ordered on August 16, 2006, but was not able to post the previously ordered security. In view of the fact that the defendant did appear as ordered and that he has some employment his bond is hereby changed to an UNSECURED BOND in the original amount of TEN THOUSAND AND NO/100 DOLLARS. All other terms and conditions established for this defendant in the Order Setting Conditions for Release entered on July 26, 2006. Remain in full force and effect.

SO ORDERED, this 16th day of August 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE